# Lomb v. Pioneer Savings & Loan Co.

APPEAL from Birmingham City Court.

Heard before the Hon. WM. W. WILKERSON.

CHARLES B. POWELL and JOHN M. MARTIN, for appellant.

CABANISS & WEAKLY, *contra*.

The bill in this case was filed by the appellee to foreclose a mortgage. On the final hearing of the bill there was a decree rendered in favor of the complainant. Judgment affirmed.

Opinion by BRICKELL, C. J.